**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CRIMINAL NO. 07-30084-WDS** |
| ) | |
| **PATRICK D. STEVENS,** ) | |
| ) | |
| **Defendant.** ) | |

**O R D E R**

**STIEHL, District Judge:**

The undersigned judge **RECUSES** himself in the above matter, and **TRANSFERS** this case to the Clerk of the Court for reassignment.

**IT IS SO ORDERED.**

**DATED: July 2, 2007.**

                                                **s/ WILLIAM D. STIEHL**
                                                  **DISTRICT JUDGE**

Case reassigned to United States District Judge David R. Herndon. All future pleadings shall bear Criminal No. 07-30084-DRH.