IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PATRICK D. STEPHENS,

    Defendant.                               Case No. 07-cr-30084-DRH

### ORDER

**HERNDON, Chief Judge:**

    This matter comes before the Court on Defendant's Motion to Continue Trial (Doc. 12), currently set for October 15, 2007. In support of his Motion, Defendant states that he is currently involved in plea negotiations with the Government and seeks further time to continue these negotiations so that an agreement may be reached. Defendant also states that the Government does not object to his continuance request.

    Every defendant facing criminal charges has a right to a trial by jury or to plead to those charges. If the Court were to deny a continuance in the light of the ongoing plea negotiations, this could severely impact the outcome of these discussions which would likely result in a miscarriage of justice. **See 18 U.S.C. § 3161(h)(8)(B)(i)**. Therefore, the Court finds that a continuance is necessary. Pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the Court finds that the ends of justice

served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial. Accordingly, the Court **GRANTS** Defendant's Motion to Continue (Doc. 12).

The Court hereby **CONTINUES** the jury trial scheduled for Monday, October 15, 2007 at 9:00 a.m., to **Monday, November 26, 2007 at 9:00 a.m.** The time from the date this Motion to Continue (Doc. 12) was filed, October 8, 2007, until the date the trial is rescheduled, November 26, 2007 is excludable time for the purposes of speedy trial.

**IT IS SO ORDERED.**

Signed this 9th day of October, 2007.

/s/      DavidRHerndon
**Chief Judge**
**United States District Court**